THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
David Robert Jenkins, Appellant.
 
 
 

Appeal From Charleston County
  Deadra L. Jefferson, Circuit Court 
 Judge

Unpublished Opinion No.  2005-UP-050
Submitted January 1, 2005  Filed January 
 19, 2005

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. 
 McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; 
 and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  David Robert Jenkins (Appellant) was convicted of murder.  
 He was sentenced to forty years in prison. 
On appeal, counsel for Appellant has filed a final brief along with a petition 
 to be relieved as counsel.  Appellant has filed a pro se response.  
 After a thorough review of the record pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.          
      
APPEAL DISMISSED. [1] 
HEARN, C.J., and GOOSLBY and WILLIAMS, JJ., concur.

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.